1  Steven R. Blackburn, Esq., State Bar No. 154797
   Rachel S. Hulst, Esq., State Bar No. 197330
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   Email: sblackburn@ebglaw.com
5  Email: rhulst@ebglaw.com

6  Attorneys for Defendant,
   BARNES GROUP INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | JOHN GALBRAITH,                        | CASE NO. C 07 4376
13 |           Plaintiff,                    | PROOF OF SERVICE OF INITIAL
                                             | DOCUMENTS
14 |    v.                                   |
15 | BARNES GROUP, INC., a Delaware          |
   | corporation, and DOES 1-50,             |
16 |                                         |
   |           Defendants.                   |
17

18 STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

19 1.   At the time of service I was at least 18 years of age and **not a party to this legal action**.

20 2.   My business address is One California Street, 26th Floor, San Francisco, California
21      94111-5427.

22

23

24

25

26

27

28

SF:148275v1                                             Proof of Service for Initial Documents

3. I served copies of the following documents (specify the exact title of each document served):

- **CIVIL CASE COVER SHEET**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE**
- **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**
- **[BLANK] NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**
- **[BLANK] WAIVER OF SERVICE OF SUMMONS**
- **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**
- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**
- **PUBLIC NOTICE - MAGISTRATE JUDGE – U.S. DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA**
- **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP**
- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

Mark C. Thomas
Brownstein Thomas LLP
220 Montgomery Street, Suite 876
San Francisco, CA 94104

Tel: (415)951-4878
Fax: (415)951-4885

Attorney for Plaintiff:
John Galbraith

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

- 2 -

(2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date):* August 24, 2007

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 08/24/07 | Virginia Li | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 3 -

SF:148275v1

Proof of Service for Initial Documents
USDC Northern District Case No. C 07 4376