Steven R. Blackburn, Esq., State Bar No. 154797
Rachel S. Hulst, Esq., State Bar No. 197330
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
Email: sblackburn@ebglaw.com
Email: rhulst@ebglaw.com

Attorneys for Defendant,
BARNES GROUP INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GALBRAITH,<br><br>    Plaintiff,<br><br>    v.<br><br>BARNES GROUP, INC., a Delaware corporation, and DOES 1-50,<br><br>    Defendants. | CASE NO.  C 07-04376 WHA<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**<br>[USDC Northern District Local Rule 3-16, FRCP 7.1] |

   Pursuant to United States District Court, Northern District Local Rule 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendant BARNES GROUP INC. certifies that as of this date, the following non-party entity has an interest in the subject matter in controversy that could be substantially affected by the outcome of this proceeding: Chubb Group of Insurance Companies.  Additionally, while BARNES GROUP INC. has no parent corporations, in an abundance of caution, Defendant BARNES GROUP INC. attaches as Exhibit A, a true and correct copy of its Form 10-k which lists its significant subsidiaries, as defined by the Securities and Exchange Commission.

This representation is made to enable the Court to evaluate possible disqualification or recusal.

DATED: September 5, 2007            EPSTEIN BECKER & GREEN, P.C.


By:  /s/ *Rachel S. Hulst*
      Steven R. Blackburn
      Rachel S. Hulst
Attorneys for Defendant
BARNES GROUP INC.

# EXHIBIT A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2006

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from         to

Commission file number 1-4801

# BARNES GROUP INC.
(Exact name of registrant as specified in its charter)

| Delaware | 06-0247840 |
|---|---|
| (State of Incorporation) | (I.R.S. Employer Identification No.) |
| 123 Main Street, Bristol, Connecticut | 06011-0489 |
| (Address of Principal Executive Office) | (Zip Code) |

(860) 583-7070
Registrant's telephone number, including area code

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.01 Par Value | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file report pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports); and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):
Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).    Yes ☐    No ☒

The aggregate market value of the voting stock (Common Stock) held by non-affiliates of the registrant as of the close of business on June 30, 2006 was approximately $904,931,137, based on the closing price of the Common Stock on the New York Stock Exchange on that date. The registrant does not have any non-voting common equity.

The registrant had outstanding 52,619,283 shares of common stock as of February 21, 2007.

**Documents Incorporated by Reference**

Portions of the registrant's definitive proxy statement to be delivered to stockholders in connection with the Annual Meeting of Stockholders to be held May 9, 2007 are incorporated by reference into Part III.

EXHIBIT 21

## BARNES GROUP INC.

### CONSOLIDATED SUBSIDIARIES
as of December 31, 2006

| Name | Jurisdiction of Incorporation |
| --- | --- |
| Associated Spring-Asia Pte. Ltd. | Singapore |
| Associated Spring do Brasil Ltda. | Brazil |
| Associated Spring Mexico, S.A. | Mexico |
| Associated Spring Raymond (Shanghai) Co., Ltd. | China |
| Associated Spring (Tianjin) Company, Ltd. | China |
| Associated Spring (U.K.) Ltd. | United Kingdom |
| AS Monterrey S. de R.L. de C.V. | Mexico |
| AS Troy, LLC | Delaware |
| Barnes Financing Delaware LLC | Delaware |
| Barnes Group Belgium BVBA | Belgium |
| Barnes Group (Bermuda) Limited | Bermuda |
| Barnes Group Canada Corp. | Canada |
| Barnes Group (Delaware) LLC | Delaware |
| Barnes Group Denmark APS | Denmark |
| Barnes Group France S.A. | France |
| Barnes Group Finance Company (Bermuda) Limited | Bermuda |
| Barnes Group Finance Company (Delaware) | Delaware |
| Barnes Group (Germany) GmbH | Germany |
| Barnes Group (Gibraltar) Limited | Gibraltar |
| Barnes Group Holding LLC | Delaware |
| Barnes Group Holland B.V. | Netherlands |
| Barnes Group Italia S.R.L. | Italy |
| Barnes Group KENT Limited | United Kingdom |
| Barnes Group KENT S.L. | Spain |
| Barnes Group Luxembourg (No.1) S.A.R.L | Luxembourg |
| Barnes Group Luxembourg (No.2) S.A.R.L | Luxembourg |
| Barnes Group Spain SRL | Spain |
| Barnes Group Switzerland GmbH | Switzerland |
| Barnes Group (Thailand) Ltd. | Thailand |
| Barnes Group Trading Ltd. | Bermuda |
| Barnes Group (U.K.) Limited | United Kingdom |
| Barnes Sweden Holding Company AB | Sweden |
| Heinz Hänggi GmbH, Stanztechnik | Switzerland |
| KENT Deutschland GmbH | Germany |
| KENT France SAS | France |
| KENT International SAS | France |
| KENT Sweden AB | Sweden |
| Raymond Distribution (Ireland) Limited | Ireland |
| Raymond Distribution-Mexico, S.A. de C.V. | Mexico |
| Ressorts SPEC, SARL | France |
| Seeger-Orbis GmbH & Co. OHG | Germany |
| Spectrum Plastics Molding Resources, Inc. | Connecticut |
| Stromsholmen AB | Sweden |
| The Wallace Barnes Company | Connecticut |
| Windsor Airmotive Asia Pte. Ltd. | Singapore |

The foregoing does not constitute a complete list of all subsidiaries of the registrant. The subsidiaries that have been omitted do not, if considered in the aggregate as a single subsidiary, constitute a "Significant Subsidiary" as defined by the Securities and Exchange Commission.

# PART I

## Item 1. Business

### THE COMPANY[1]

The Company is an international diversified aerospace and industrial products manufacturer and distributor serving a wide range of end markets and customers. Founded in 1857 and headquartered in Bristol, Connecticut, the Company was organized as a Delaware corporation in 1925. The Company has paid cash dividends to stockholders on a continuous basis since 1934. As of December 31, 2006, the Company had 6,666 employees at 71 locations worldwide. The Company consists of three operating segments:

Barnes Distribution, an international, full-service vendor managed inventory ("VMI") distributor of maintenance, repair, operating and production supplies ("MROP");

Associated Spring, a global provider of precision components for critical applications and one of the world's largest manufacturers of precision mechanical and nitrogen gas products; and

Barnes Aerospace, a specialized manufacturer and repairer of highly engineered components and assemblies for aircraft engines, airframes and land-based industrial gas turbines.

### BARNES DISTRIBUTION

Barnes Distribution is an industry leader in the distribution of maintenance, repair, operating and production supplies. Since 1927, it has grown to be one of the largest value-added MROP distributors in North America, providing a wide variety of high-volume replacement parts and other products as well as inventory management and logistic services to a diversified customer base. Barnes Distribution also distributes products in 40 countries supported by distribution or sales centers in the United Kingdom, Canada, France, Spain, Mexico, Singapore, Brazil, China, Germany, Belgium, Italy and Denmark.

Barnes Distribution distributes approximately 150,000 stocked replacement parts and other products and has developed or acquired quality brand names such as Bowman®, Curtis®, Kar® Products, Mechanics Choice®, Autoliaisons, Motalink, and KENT. These parts and products include fasteners, electrical supplies, hydraulic components, chemicals and security products. Die springs and nitrogen gas springs, mechanical struts and standard parts, such as coil and flat springs, are distributed under the brand names of Raymond® and SPEC®. Most of the products sold under the Raymond and SPEC brand names are manufactured by Associated Spring. With the exception of the products from Associated Spring, the products sold by Barnes Distribution are obtained from outside suppliers.

Barnes Distribution faces active competition. The products sold by Barnes Distribution are not unique, and its competitors carry substantially similar products. Barnes Distribution competes based on service alternatives, timeliness and reliability of supply, price, and product breadth and quality. In addition, Barnes Distribution positions itself as a partner in the operations of its customers and helps them increase their profitability by working with them to provide supply management solutions.

Barnes Distribution offers an array of service options, built around a VMI business model, which are designed to improve the productivity of its customers while substantially reducing procurement and transaction costs. Barnes Distribution has a well-diversified customer base ranging from small repair shops to the largest railroads, utilities, food processors, chemical producers, and vehicle fleet operators. Barnes Distribution's products are sold through its technically-trained direct sales force of over 1,700 employees and through its distributors.

---

[1] As used in this annual report, "Company" refers to the registrant and its consolidated subsidiaries except where the context requires otherwise, and "Barnes Distribution," "Associated Spring," and "Barnes Aerospace," refer to the registrant's businesses, but not to separate corporate entities.

**ASSOCIATED SPRING**

Associated Spring is a global provider of precision components for critical applications; the largest manufacturer and supplier of precision mechanical springs, compressor reed valves, and nitrogen gas products based in North America; and among the world's largest precision mechanical and nitrogen gas products manufacturers. Associated Spring is equipped to produce virtually every type of precision spring, from fine hairsprings for electronics and instruments to large heavy-duty springs for machinery. Associated Spring also manufactures nitrogen gas manifold systems used to precisely control stamping presses; retaining rings that position parts on a shaft or other axis; reed valves that are critical custom-engineered components used in compressors; high-precision punched and fine-blanked components used in transportation and industrial applications; and injection-molded plastic-on-metal and metal-in-plastic components and assemblies used in electronics, medical devices and consumer products.

Associated Spring provides complete engineering solutions from concept to manufacturing. These include product design and development, product and material testing, rapid prototyping and reduction of manufacturing cycle times. Associated Spring's products are sold globally to manufacturers in many industries, chiefly for use as components in their own products. Products are sold primarily through Associated Spring's direct sales force and through the Raymond division of Barnes Distribution.

Nearly all of Associated Spring's products are highly engineered custom solutions that are designed and developed in collaboration with its customers from concept through manufacturing. Associated Spring has a diverse customer base with products purchased primarily by durable goods manufacturers located around the world in industries such as transportation, consumer products, farm equipment, telecommunications, medical devices, home appliances and electronics. In the transportation industry, the customers include both original equipment manufacturers ("OEMs") and tier suppliers. Sales by Associated Spring to its three largest customers accounted for approximately 21% of its sales in 2006.

Associated Spring has manufacturing operations in the United States, Brazil, Canada, China, Germany, Mexico, Singapore, Sweden, Switzerland and the United Kingdom, and a minority interest of 15% in its former subsidiary in Argentina.

Associated Spring competes with many large and small companies engaged in the manufacture and sale of custom metal components and assemblies. Associated Spring competes on the basis of quality, service, reliability of supply, technology, innovation, design and cost.

**BARNES AEROSPACE**

Barnes Aerospace produces precision-machined and fabricated components and assemblies for OEM turbine engine, airframe and industrial gas turbine builders throughout the world, and the military. Barnes Aerospace also provides jet engine component overhaul and repair services for many of the world's major turbine engine manufacturers, commercial airlines and the military. Barnes Aerospace participates in aftermarket Revenue Sharing Programs ("RSPs") with General Electric Company ("General Electric") under which Barnes Aerospace receives the exclusive right to supply designated aftermarket parts for the life of the related aircraft engine program. Barnes Aerospace products and services are sold primarily through its sales force. Sales by Barnes Aerospace to General Electric accounted for approximately 61% of its sales in 2006.

Barnes Aerospace's machining and fabrication operations, with facilities in Arizona, Connecticut, Michigan, Ohio, Utah and Singapore, produce critical engine and airframe components through technically advanced processes such as creep-feed grinding, multi-axis milling and turning, and electrical discharge machining. Barnes Aerospace also specializes in hot and cold forming of complex parts made from difficult-to-process materials such as titanium, cobalt, inconel, and other aerospace alloys. Additional capabilities include superplastic forming and diffusion bonding, machining of high temperature superalloys and various automated and manual welding

processes. Customers include airframe and gas turbine engine manufacturers for commercial and military jets, business jets, and land-based industrial gas turbines. Barnes Aerospace has long-standing customer relationships which enable Barnes Aerospace to participate in the design phase of components and assemblies through which customers are provided with manufacturing research, testing and evaluation.

Barnes Aerospace's OEM business competes with both the leading jet engine OEMs and a large number of machining and fabrication companies. Competition is based mainly on quality, engineering and technical capability, product breadth, service and price.

Barnes Aerospace's aftermarket facilities, located in Connecticut, Ohio and Singapore, specialize in the refurbishment of select jet engine components such as cases, rotating air seals, honeycomb air seals and housings. Processes performed at these facilities include electron beam welding, plasma coating, vacuum brazing and water jet cleaning. Customers include airlines and engine overhaul businesses throughout the world and the military.

Competition for the repair and overhaul of turbine engine components comes from three principal sources: OEMs, major commercial airlines and other independent service companies. Some major commercial airlines own and operate their own service centers and sell repair and overhaul services to other aircraft operators. OEMs also maintain service centers that provide repair and overhaul services for the components that they manufacture. Other independent service organizations also compete for the repair and overhaul business of other users of aircraft components. Turnaround time, technical capability, price, quality and overall customer service are important competitive factors.

## FINANCIAL INFORMATION

The backlog of the Company's orders believed to be firm at the end of 2006 was $496 million as compared with $356 million at the end of 2005. Of the 2006 year-end backlog, $403 million was attributable to Barnes Aerospace and the balance was attributable to Associated Spring. Barnes Aerospace's backlog included $167 million which is scheduled to be shipped after 2007. Substantially all of the remainder of the Company's backlog is scheduled to be shipped during 2007. General Electric and its affiliates accounted for 14% of the Company's total sales in 2006.

The Company continues to expand its global manufacturing footprint to service its worldwide customer base. The global economies have a significant impact on the financial results of the business. Outside of North America, Barnes Distribution has a significant amount of business within Europe; Associated Spring has manufacturing operations in Europe, Asia, and South America; and Barnes Aerospace has significant manufacturing locations in the Republic of Singapore. For an analysis of the Company's revenue from sales to external customers, operating profit and assets by business segment as well as revenues from sales to external customers and long-lived assets by geographic area, see Note 17 of the Notes to the Consolidated Financial Statements of this Annual Report on Form 10-K ("Annual Report").

## ACQUISITIONS

On May 17, 2006, the Company completed its acquisition of Heinz Hänggi GmbH, Stanztechnik (formerly Heinz Hänggi AG, Stanztechnik) ("Heinz Hänggi") of Bettlach, Switzerland, a developer and manufacturer of high-precision punched and fine-blanked components, and a producer of orifice plates used in fuel injectors. Heinz Hänggi is being integrated into the Associated Spring segment. On July 31, 2006, the Company acquired the KENT Division of Premier Farnell ("KENT"), a distributor of adhesives, sealants, specialty cleaning chemicals, abrasives, tools and other consumables to the European transportation aftermarket and industrial maintenance market. KENT is being integrated into the Barnes Distribution segment. On November 27, 2006, the Company acquired the assets of the Nitropush product line of nitrogen gas springs from Orflam Industries of France ("Nitropush"). The Nitropush product line is being integrated into the Associated Spring business segment. For more information regarding the acquisitions, see Note 4 of the Notes to the Consolidated Financial Statements of this Annual Report.