UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL ASSEKO, ALFREDO RITA, and ALEX SHPAK, individually and on behalf of all other similarly situated,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GUARDSMARK LLC, et al.,<br><br>        Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C07-4367 BZ<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiffs' motion to remand is set for hearing on **December 5, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS HEREBY ORDERED** that the briefing schedule for plaintiffs' motion is modified as follows:  Any opposition to shall be filed no later than **October 22, 2007.**  Any reply shall be filed no later than **October 29, 2007.**

Dated: October 5, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ASSEKO\Order Modifying Briefing Schedule.wpd

1