1  Steven R. Blackburn, Esq., State Bar No. 154797
   Rachel S. Hulst, Esq., State Bar No. 197330
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:    415.398.3500
4  Facsimile:    415.398.0955
   E-mail:       sblackburn@ebglaw.com
5  E-mail:       rhulst@ebglaw.com

6  Attorneys for Defendant,
   BARNES GROUP INC.
7

   Mark C. Thomas, Esq., State Bar No. 215580
8  Brownstein Thomas LLP
   220 Montgomery Street, Suite 876
9  San Francisco, CA 94104
   Tel: (415)951-4878
10 Fax: (415)951-4885
11 E-mail:

12 Attorneys for Plaintiff,
   JOHN GALBRAITH.
13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 | JOHN GALBRAITH,                           | CASE NO. C 07-04376 WHA
18 |        Plaintiff,                         | **E-Filing**
19 |   v.                                      | **STIPULATION AND [PROPOSED]
                                                  ORDER SELECTING ADR PROCESS**
20 | BARNES GROUP, INC., a Delaware
     corporation, and DOES 1-50,
21 |
          Defendants.
22

23      Counsel report that they have met and conferred regarding ADR and have reached the
24 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
25      The parties agree to participate in the following ADR process:
26      **Court Processes:** Early Neutral Evaluation (ADR L.R. 5).
27      The parties agree to hold the ADR session by: February 8, 2008.
28

DATED: November 7, 2007                    BROWNSTEIN & THOMAS, LLP.

                                           By: _____
                                                Mark C. Thomas, Esq.
                                                Attorneys for Plaintiff
                                                JOHN GALBRAITH

DATED: November 7, 2007                    EPSTEIN BECKER & GREEN, P.C.

                                           By: _____
                                                Steven R. Blackburn, Esq.
                                                Rachel S. Hulst, Esq.
                                                Attorneys for Defendant
                                                BARNES GROUP INC.

## ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Early Neutral Evaluation. The deadline for ADR session is the parties proposed deadline of: <u>February 8, 2008.</u>

IT IS SO ORDERED.

DATED:_____            _____
                                   WILLIAM H. ALSUP
                                   UNITED STATES DISTRICT JUDGE