1  Steven R. Blackburn, Esq., State Bar No. 154797
   Rachel S. Hulst, Esq., State Bar No. 197330
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:    415.398.3500
4  Facsimile:    415.398.0955
   E-mail:       sblackburn@ebglaw.com
5  E-mail:       rhulst@ebglaw.com

6  Attorneys for Defendant,
   BARNES GROUP INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11

12  JOHN GALBRAITH,                    CASE NO. C 07-04376 WHA

13         Plaintiff,                  E-Filing

14      v.                             ADR CERTIFICATION BY PARTIES
                                       AND COUNSEL
15  BARNES GROUP, INC., a Delaware
    corporation, and DOES 1-50,
16
           Defendants.
17

18         **SIGNATURE AND CERTIFICATION BY PARTIES COUNSEL**

19         Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he

20  or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

21  District of California," or the specified portions of the ADR Unit's Internet site,

22  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by

23  the court and private entities, and considered whether this case might benefit from any of them.

24

25

26

27

28

ADR Certification

1  DATED: November 7, 2007

2

3                                              By: _____
4                                                  Nancy Clark for
                                                   BARNES GROUP INC.
5

6  DATED: November 8, 2007                     EPSTEIN BECKER & GREEN, P.C.

7

8                                              By: _____
                                                   Steven R. Blackburn, Esq.
9                                                  Rachel S. Hulst, Esq.
                                                   Attorneys for Defendant
10                                                 BARNES GROUP INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

SF:152424v1                                                            ADR Certification

1 | DATED: November 7, 2007
2 |
3 |                                    By: ___Ns M.Clh_____
4 |                                        Nancy Clark for
                                            BARNES GROUP INC.
5 |
6 | DATED:                              EPSTEIN BECKER & GREEN, P.C.
7 |
8 |                                    By: _____
                                          Steven R. Blackburn, Esq.
9 |                                        Rachel S. Hulst, Esq.
                                           Attorneys for Defendant
10|                                        BARNES GROUP INC.

- 2 -

ADR Certification