```
 1  Steven R. Blackburn, Esq., State Bar No. 154797
    Rachel S. Hulst, Esq., State Bar No. 197330
 2  EPSTEIN BECKER & GREEN, P.C.
    One California Street, 26th Floor
 3  San Francisco, California 94111-5427
    Telephone:   415.398.3500
 4  Facsimile:   415.398.0955
    E-mail:      sblackburn@ebglaw.com
 5  E-mail:      rhulst@ebglaw.com

 6  Attorneys for Defendant,
    BARNES GROUP INC.
 7
    Mark C. Thomas, Esq., State Bar No. 215580
 8  Brownstein Thomas LLP
    220 Montgomery Street, Suite 876
 9  San Francisco, CA 94104
    Tel: (415)951-4878
10  Fax: (415)951-4885
11  E-mail:

12  Attorneys for Plaintiff,
    JOHN GALBRAITH.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOHN GALBRAITH, | CASE NO. C 07-04376 WHA |
|---|---|
| Plaintiff, | E-Filing |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| BARNES GROUP, INC., a Delaware corporation, and DOES 1-50, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:** Early Neutral Evaluation (ADR L.R. 5).

The parties agree to hold the ADR session by: February 8, 2008.

DATED: November 7, 2007       BROWNSTEIN & THOMAS, LLP.

By: _____
Mark C. Thomas, Esq.
Attorneys for Plaintiff
JOHN GALBRAITH

DATED: November 7, 2007       EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn, Esq.
Rachel S. Hulst, Esq.
Attorneys for Defendant
BARNES GROUP INC.

## ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Early Neutral Evaluation. The deadline for ADR session is the parties proposed deadline of: February 8, 2008.

IT IS SO ORDERED.

DATED:  November 13, 2007        _____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.
Judge William Alsup

- 2 -

Stipulation and [Proposed] Order Selecting ADR Process
CASE NO. C 07-04376 WHA