BROWNSTEIN THOMAS, LLP
MARK C. THOMAS SBN: 215580
220 Montgomery Street, Suite 876
San Francisco, CA 94104
Telephone: 415-951-4878
Facsimile: 415-951-4885

Attorneys for Plaintiff
John Galbraith

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GALBRAITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BARNES GROUP, INC., a Delaware Corporation, and DOES 1-50,<br><br>Defendants | Case No.: C 07-04376 WHA<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R 3-16)**<br><br>Judge: Honorable William H. Alsup<br>Courtroom: 9, 19th Floor |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

BROWNSTEIN THOMAS, LLP

DATED: November 21, 2007

_____
MARK C. THOMAS
Attorneys for Plaintiff
John Galbraith