# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Galbraith, | 07-04376 WHA ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Barnes Group, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Peter R. Boutin**
Keesal Young & Logan
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
415-398-6000

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04376 WHA ENE                             - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: November 26, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov