UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>November 29, 2007</u>

Case No.  <u>C 07-04376 WHA</u>

Title: <u>JOHN GALBRAITH</u>  v. <u>BARNES GROUP</u>

Plaintiff Attorneys: Mark Thomas

Defense Attorneys: Rachel Hulst

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                                </u>

Complete Initial Disclosures (Rule 26): 12/7/07

Discovery Cutoff: 9/5/08

Designation of Experts: 9/5/08

Last Day to File Motion: 10/2/08


Continued to <u> </u> for Further Case Management Conference

Continued to  <u>**11/17/08 at 2:00pm**</u>  for Pretrial Conference

Continued to  <u>**12/1/08 at 7:30am**</u>  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for ENE.