UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Galbraith<br><br>         Plaintiff,<br>   v.<br>Barnes Group, Inc.<br>         Defendant. | CASE NO. CV07-04376 WHA<br><br>**CERTIFICATION OF<br>ADR SESSION** |

*Instructions*: This Certification shall be submitted to the ADR Director (1) by the neutral in a <u>court</u> program (ENE, Mediation or Early Settlement Conference with a Magistrate Judge) within 10 days after completing an ADR session and upon completion of the ADR process or (2) by the attorney for plaintiff in a <u>private</u> ADR process upon completion of that process. The ADR Director will file the Certification.

1. I hereby certify that the parties in this matter held a session in the following ADR process on (date) __1/23/08__ :

**Court Procedure:** or
☒ ENE
☐ Mediation
☐ Early Settlement Conference
 with a Magistrate Judge

☐ **Private Procedure:**
type of procedure: _____
private provider's name, address and phone no:

2. Did the case settle? ☐ fully ☐ partially ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
☐ another session scheduled for (date) _____
☒ phone discussions expected by (date) __1/25/08 - SETTLEMENT DISCUSSIONS ARE ONGOING AS OF 2/4/08.__
☐ no

4. If the case did not settle fully, please list, below or on an attachment, any agreements or stipulations the parties agree can be disclosed to the court (re: facts, discovery, motions, partial settlement or future ADR etc.):

5. **IS THIS ADR PROCESS COMPLETED?** ☐ YES ☒ NO

Dated: __2/4/08__

_____
signature

__PETER R. BOUTIN__
type or print name

U.S. District Court • 450 Golden Gate Ave. • San Francisco, CA • 94102
ADR Program • (415) 556-3167 • fax (415) 556-2771

FORMS\COMPLETE.ADR  REV. 2/94