1  Steven R. Blackburn, Esq., State Bar No. 154797
   Rachel S. Hulst, Esq., State Bar No. 197330
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:   415.398.3500
4  Facsimile:   415.398.0955
   E-mail:      sblackburn@ebglaw.com
5  E-mail:      rhulst@ebglaw.com

6  Attorneys for Defendant,
   BARNES GROUP INC.
7

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11

12 | JOHN GALBRAITH,                          | CASE NO. C 07-04376 WHA
13 |        Plaintiff,                         | E-Filing
14 |    v.                                     | STIPULATION OF DISMISSAL OF
15 | BARNES GROUP INC., a Delaware            | ACTION WITH PREJUDICE AND
   | corporation, and DOES 1-50,               | ORDER
16 |
   |        Defendants.                        |
17

18

19      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement

20 reached by the parties Plaintiff John Galbraith ("Plaintiff") and defendant Barnes Group, Inc.

21 ("Barnes"), by and through their respective counsel of record, hereby stipulate to and request a

22 dismissal with prejudice of this entire action, including any and all claims and causes of action

23 alleged against any and all defendants, with each party to bear its own attorney's fees and costs.

24      IT IS SO STIPULATED.

25

26

27

28

DATED: ~~March~~ April 1, 2008        EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn
Rachel S. Hulst
Attorneys for Defendant
BARNES GROUP INC.

DATED: April 1, 2008        BROWNSTEIN THOMAS, LLP

By: _____
Mark C. Thomas
Attorneys for Plaintiff
JOHN GALBRAITH

- 2 -

Stipulation of Dismissal With Prejudice
Case No. 07-04376 WHA

1  Based on the stipulation of the parties and good cause appearing, IT IS HEREBY
2  ORDERED that this action is dismissed with prejudice and each party will bear its own costs and
3  attorney fees.
4  
5  DATED:_____    _____
                                    WILLIAM H. ALSUP
6                                   UNITED STATES DISTRICT JUDGE