Steven R. Blackburn, Esq., State Bar No. 154797
Rachel S. Hulst, Esq., State Bar No. 197330
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:   415.398.0955
E-mail:      sblackburn@ebglaw.com
E-mail:      rhulst@ebglaw.com

Attorneys for Defendant,
BARNES GROUP INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GALBRAITH, | CASE NO. C 07-04376 WHA |
| Plaintiff, | E-Filing |
| v. | STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER |
| BARNES GROUP INC., a Delaware corporation, and DOES 1-50, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached by the parties Plaintiff John Galbraith ("Plaintiff") and defendant Barnes Group, Inc. ("Barnes"), by and through their respective counsel of record, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged against any and all defendants, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: ~~March~~ April 1, 2008 | EPSTEIN BECKER & GREEN, P.C. |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Steven R. Blackburn |
| 5 | | Rachel S. Hulst |
| | | Attorneys for Defendant |
| 6 | | BARNES GROUP INC. |
| 7 | DATED: April 1, 2008 | BROWNSTEIN THOMAS, LLP |
| 8 | | |
| 9 | | By: *[signature]* |
| | | Mark C. Thomas |
| 10 | | Attorneys for Plaintiff |
| | | JOHN GALBRAITH |

1  Based on the stipulation of the parties and good cause appearing, IT IS HEREBY
2  ORDERED that this action is dismissed with prejudice and each party will bear its own costs and
3  attorney fees.
4  DATED: April 10, 2008.

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE